IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SHANNON MCGILL**, *et al.*,

    **Plaintiffs,**

                                  **Civil Action 2:23-cv-3909**
**v.**                                 **Judge Michael H. Watson**
                                  **Magistrate Judge Elizabeth P. Deavers**

**XPONENTIAL FITNESS LLC**, *et al.*,

    **Defendants.**

## **ORDER**

This matter is before the Court for on the parties' Joint Status Report. (ECF No. 39.) The parties request that the Court enter an Order requiring another status report in thirty days. (*Id.*) For good cause shown, the request is **GRANTED**. The parties are **DIRECTED** to file a written **JOINT STATUS REPORT** on or before **FEBRUARY 21, 2025**, unless the joint motion for preliminary approval is filed before then.

    **IT IS SO ORDERED**.

Date: January 22, 2025                    /s/ *Elizabeth A. Preston Deavers*
                                              ELIZABETH A. PRESTON DEAVERS
                                              UNITED STATES MAGISTRATE JUDGE